**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re:                                                    Case No.  19-26674-RAM
Leana I. Adorno                                           Chapter 13


_____Debtor._____/

### DEBTOR'S OBJECTION TO NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES AND CHARGES

COMES NOW the Debtor, Leana I. Adorno, by and through the undersigned counsel, and files this Objection to Notice of Postpetition Mortgage Fees, Expenses and Charges filed by The Bank of New York Mellon on March 18, 2020 regarding Proof of Claim #4 (the "Notice") and states as follows:

1.  The Notice includes attorney's fees that are unreasonable and excessive, namely attorney's fees totaling $1,500.00 for reviewing the chapter 13 plan, filing a proof of claim and filing an objection to the plan.  Therefore, the fees charged appear excessive and far above the norm for such services.

WHEREFORE, the Debtor respectfully requests that this Honorable Court enter an order reducing the fees to $400.00, or to another amount deemed reasonable, and for such other relief the Court may deem just and proper.

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

Submitted by:

/s/ Louis A. Hernandez
Louis A. Hernandez, Esq.
FL Bar No. 636282
Attorney for the Debtor
3785 NW 82nd Ave. Ste 417
Miami, Florida 33166
(305) 961-1157