# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

IN RE:                                                        CASE NO.: 19-26674-RAM

LEANA I. ADORNO                            CHAPTER 13
AKA LEANA IDZA ADORNO
AKA LEANA IDZA ADORNO MARTINEZ,

DEBTOR(S)
_____/

## RESPONSE TO DEBTOR'S OBJECTION TO NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES AND CHARGES

Creditor, Carrington Mortgage Services, LLC as Servicer for THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2004-5 (the "Creditor"), by and through counsel, responds in opposition to the Debtor's Objection to Notice of Postpetition Mortgage Fees, Expenses and Charges (Doc. No.34) and states:

1. The fees should not be considered "unreasonable and excessive" as the fees are set by the Federal National Mortgage Association. The current allowable fee total for a Chapter 13 Plan Review and a Chapter 13 Proof of Claim is $950.00 and the allowable fee total for an Objection to the Chapter 13 Plan is $550.00 as seen on the Fannie Mae fee schedule attached hereto as Exhibit "A". Additionally, invoices for the Chapter 13 Plan Review, Chapter 13 Proof of Claim and Objection to Chapter 13 Plan are attached hereto as Exhibit "B".

2. Moreover, as the Creditor properly charged the allowable $300.00 for a Chapter 13 Plan Review and the allowable $650.00 for a Chapter 13 Proof of Claim on February 27, 2020 and the allowable $550 for an Objection to Chapter 13 Plan on January 30, 2020 for a combined total of $1500.00, the Debtor's Objection should be denied.

**WHEREFORE**, the Creditor respectfully requests that the Court enter an Order approving the Notice of Postpetition Mortgage Fees, Expenses and Charges, and denying Debtor's Objection to the Notice of Postpetition Mortgage Fees, Expenses and granting any other relief deemed just and proper.

Respectfully submitted by,

VAN NESS LAW FIRM, PLC
1239 E. Newport Center Drive, Suite 110
Deerfield Beach, FL 33442
Phone (954) 571-2031

/s/ Maya Rubinov
Maya Rubinov, Esquire
Florida Bar No.: 99986
bankruptcy@vanlawfl.com

## CERTIFICATE OF SERVICE

I CERTIFY that a true copy of the foregoing was served on May 1, 2020 by CM/ECF electronic filing to all registered parties in this matter and by U.S. Mail to the non-registered party or parties below.

Respectfully submitted by,

VAN NESS LAW FIRM, PLC
1239 E. Newport Center Drive, Suite 110
Deerfield Beach, FL 33442
Phone (954) 571-2031

/s/ Maya Rubinov
Maya Rubinov, Esquire
Florida Bar No.: 99986
bankruptcy@vanlawfl.com

**MAILING MATRIX:**
**LEANA I. ADORNO**
**4601 NW 178TH STREET**
**OPA LOCKA, FL 33055**
**AKA LEANA IDZA ADORNO**
**AKA LEANA IDZA ADORNO MARTINEZ**

**Allowable Fees – CHAPTER 13 BANKRUPTCY**

| Allowable Fee Type | Maximum Allowable | Applicable Dates | Notes |
|---|---|---|---|
| **Motion for Relief** | $1,050 | Services rendered on or after 12/01/2019 | See Chapter 7 Motion for Relief |
| | $850 | Services rendered 11/01/2013 – 11/30/2019 | |
| **Proof of Claim Preparation & Plan Review** | $950 | Services rendered on or after 12/01/2019 | These fees include:<br>• Communicating with the servicer to obtain the necessary information about the debtor's loan(s) and backup documentation for the POC;<br>• Preparing and filing the POC form, and up to one amended POC form;<br>• Verifying that the POC is properly docketed;<br>• Monitoring the docket, and obtaining and reviewing the original and up to two amended Plans;<br>• Analyzing Plan(s);<br>• Reviewing any disclosure statement and ballot (if applicable); and<br>• Communicating and negotiating with the Servicer, any trustee and debtor's counsel.<br><br>Fannie Mae will authorize excess fees in unusually complex cases in accordance with our usual excess fee approval process.  The fee for POC & Plan Review covers all Fannie Mae mortgage loans involved in a proceeding. |
| | $650 | Services rendered 11/01/2013 - 11/30/2019 | |

**Fannie Mae Allowable Attorney Fees are available at* *www.fanniemae.com/singlefamily/servicing*

# EXHIBIT "A"



**Allowable Fees – CHAPTER 13 BANKRUPTCY** *(continued)*

| Allowable Fee Type | Maximum Allowable | Applicable Dates | Notes |
|---|---|---|---|
| **Objection to Plan** | $550 | Services rendered on or after 12/01/2019 | These fees include the legal services generally required in connection with the prosecution of an Objection to Plan, including communications with the servicer, legal research, preparation and filing of objection papers, negotiations with debtor's counsel and trustee, attendance at up to two hearings, and preparing a stipulation or order.<br><br>This allowable fee covers all Objections to the original Plan and up to two amended Plans, regardless of the number of Objections required, the number of debtors involved, or the number of Fannie Mae loans involved.<br><br>Fees for any legal work related to Objections to the third and subsequent Amended Plans, litigated or contested Objections, or Objections related to new factual or legal issues raised in any amended Plans, will require excess fee approval. |
| | $500 | Services rendered 11/01/2013 – 11/30/2019 | |
| **Payment Change Notification** | $125 | All active files effective 08/16/2017 or later | Fannie Mae is clarifying that this fee includes all legal services provided by a law firm in compliance with Bankruptcy Rule 3002.1 concerning notices of payment change amounts. The allowable fee covers communications with the servicer; drafting, serving and filing the requisite bankruptcy form (BK Form B10S1); and verifying that the Notice is docketed properly. This fee is allowed for each occurrence of a payment change, even if notices must be given to multiple debtors. |
| | $50 | Services rendered on or after 12/01/2011 and files closed prior to 08/16/2017 | |
| **Notice of Fees, Expenses, and Charges** | $150 | All active files effective 08/16/2017 or later | This fee includes all legal services provided by bankruptcy counsel in compliance with Bankruptcy Rule 3002.1 concerning notices of post-petition fees, charges, or expenses that the creditor seeks to collect from the debtor. This allowable fee includes communications with the servicer; verifying the validity of the fees, expenses, or charges being sought; drafting, serving and filing the requisite form (Form B10S2); and verifying that the Notice is docketed properly.<br><br>This fee is allowed for each Notice of Fees, Expenses and Charges, even if notices must be given to multiple debtors. However, the fee is limited to notices for fees, expenses and charges that aggregate $150 or more. If a servicer incurs out-of-pocket expenses that aggregate less than $150, (a) a notice may be filed at the servicer's expense as a cost of servicing or (b) attempts to collect from the borrower may be waived and reimbursement may be sought by the servicer from Fannie Mae in accordance with the provisions of the Servicing Guide. |
| | $100 | Services rendered on or after 11/01/2013 and files closed prior to 08/16/2017 | |

*\*Fannie Mae Allowable Attorney Fees are available at* **www.fanniemae.com/singlefamily/servicing**

This document is confidential and contains proprietary information of Fannie Mae.    FL AAA Matrix – Version 25 (Revised 01/15/2020)
© 2020 Fannie Mae. Trademarks of Fannie Mae.    8

# EXHIBIT "B"

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dept | Comments | Line Items | Exceptions | Edit Summary | Adj. Summary | Chronology | Quote | Service Request | Guideline | Invoice Mapping | History | Payments | Reconciliation |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Fees** | Total: | $550.00 | Invoicing Prev. Billed: | $0.00 | Exc. Loan Allow: | Exc. Milestone | Exc Ord Allw: |
| **Costs** | Total: | $0.00 | Invoicing Prev. Billed: | $0.00 | Exc. Loan Allow: | | Exc Ord Allw: |
| | | | | | Exc. Loan Total Fees/Costs Allow: | | |
| **Totals** | **Inv Amt:** | **$550.00** | **Prev. Billed:** | **$0.00** | | | **Exc Ord Allw:** |

**Fees**

| A | B | I | C | Category | Subcategory | W/H | Aff. Ind. | Date | Qty | Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | | | C | Attorney Fees | Objection to Confirmation | | | 01/30/20 | 1 | $550.00 | $550.00 | $0.00 | $550.00 |

Note: OBJECTION TO CONFIRMATION OF THE CHAPTER 13 PLAN.

| | | | |
|---|---|---|---|
| Total: | $550.00 | $0.00 | $550.00 |
| **Invoice Total:** | **$550.00** | **$0.00** | **$550.00** |

| Dept | Comments | Line Items | Exceptions | Edit Summary | Adj. Summary | Chronology | Quote | Service Request | Guideline | Invoice Mapping | History | Payments | Reconciliation |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Fees** | Total: | $950.00 | Invoicing Prev. Billed: | $550.00 | Exc. Loan Allow: | Exc. Milestone | Exc Ord Allw: |
| **Costs** | Total: | $0.00 | Invoicing Prev. Billed: | $0.00 | Exc. Loan Allow: | | Exc Ord Allw: |
| | | | | | Exc. Loan Total Fees/Costs Allow: | | |
| **Totals** | **Inv Amt:** | **$950.00** | **Prev. Billed:** | **$550.00** | | | **Exc Ord Allw:** |

**Fees**

| A | B | I | C | Category | Subcategory | W/H | Aff. Ind. | Date | Qty | Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | | | C | Attorney Fees | | | | 02/27/20 | 1 | $950.00 | $950.00 | $0.00 | $950.00 |
| | | | | **Note:** CHAPTER 13 PLAN REVIEW AND PROOF OF CLAIM | | | | | | | | | |
| | | | | **Exceptions:** | | | | | | | | | |
| | | | | | | | | | **Total:** | | $950.00 | $0.00 | $950.00 |
| | | | | | | | | | **Invoice Total:** | | $950.00 | $0.00 | $950.00 |