

**ORDERED in the Southern District of Florida on June 18, 2020.**

Robert A. Mark, Judge
United States Bankruptcy Court

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:

CASE NO. 19-26647-RAM

Joseph Patrick Clements,
         Debtor.
_____/

ORDER SETTING DEADLINES TO AVOID DISMISSAL

THIS CASE came on to be heard on June 16, 2020 on confirmation of the proposed plan, and the Trustee having recommended that the case be dismissed if documents or amendments were not provided or filed timely, and the debtor attorney agreeing to the Trustee's recommendation, and based on the record, it is

ORDERED as follows:

1. The **Trustee may upload an order of dismissal UNLESS on or before 5 pm on June 25, 2020, the debtor provides to the Trustee or files with the Court as appropriate:** CASE PENDING OVER 6 MONTHS (last plan reviewed: 2AP served 4/10)  **Remains unresolved from 4/7 deficiency:** 1) calculation of income, 2) file MMM motion, 3) FMV of all

vehicles, 4) bank stmts Federal C.U. (9/13-9/30), 5) WDO or motion to waive, 6) Plan does not fund 7-60 MOS, 7) disclose treatment of Schedule D creditors (Bank of America)

*\*creditor paid through plan has not filed POC (IRS bar date 6/10)\*\**

###

ORDER SUBMITTED BY:
NANCY K. NEIDICH
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL 33027-9806

COPIES FURNISHED THROUGH ECF TO:
ATTORNEY FOR DEBTOR