

**ORDERED in the Southern District of Florida on June 30, 2020.**

Robert A. Mark, Judge
United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

IN RE:                                              CASE NO.: 19-26674-RAM

LEANA I. ADORNO                                     CHAPTER 13
AKA LEANA IDZA ADORNO
AKA LEANA IDZA ADORNO MARTINEZ,

DEBTOR.
_____/

### ORDER OVERRULING OBJECTION NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES AND CHARGES

On June 16, 2020, the Court conducted a hearing on the Objection to Notice of Postpetition Mortgage Fees, Expenses and Charges (Doc. No. 34) (the "Objection") filed by Debtor Leana I. Adorno (the "Debtor"). For the reasons stated orally and recorded in open court that shall constitute the decision of this Court, it is

**ORDERED AS FOLLOWS**:

1.  The Objection is OVERRULED.

2.  Creditor, THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW

YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2004-5, shall not seek any additional attorney's fees related to the fees listed on the filed Notice of Postpetition Mortgage Fees, Expenses and Charges and provided that that Amended Chapter 13 Plan gets confirmed at next month's July 2020 confirmation hearing.

###

**Prepared and submitted by:**
Maya Rubinov, Esq.
Van Ness law Firm, PLC
1239 E. Newport Center Drive, Suite 110
Deerfield Beach, FL 33442
Phone (954) 571-2031
bankruptcy@vanlawfl.com
Attorney for the Movant

**Maya Rubinov, Esq. is directed to serve copies of this Order on all interested parties and to file a certificate of service.**