**Fill in this information to identify the case:**

Debtor 1  Leana I. Adorno

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: Southern District of Florida

Case number  19-26674-RAM

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges  12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** The Bank of New York Mellon, F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2004-

**Court claim no**. (if known): 4

**Last 4 digits** of any number you use to identify the debtor's account:  9  1  7  1

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☑ No

☐ Yes. Date of the last notice: _____

### Part 1:  Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | _____ | (1) | $ _____ |
| 2. Non-sufficient funds (NSF) fees | _____ | (2) | $ _____ |
| 3. Attorney fees | _____ | (3) | $ _____ |
| 4. Filing fees and court costs | _____ | (4) | $ _____ |
| 5. Bankruptcy/Proof of claim fees | _____ | (5) | $ _____ |
| 6. Appraisal/Broker's price opinion fees | _____ | (6) | $ _____ |
| 7. Property inspection fees | _____ | (7) | $ _____ |
| 8. Tax advances (non-escrow) | _____ | (8) | $ _____ |
| 9. Insurance advances (non-escrow) | _____ | (9) | $ _____ |
| 10. Property preservation expenses. Specify:_____ | _____ | (10) | $ _____ |
| 11. Other. Specify: BK PLAN REVIEW & POC | 02/27/2020 | (11) | $ 950.00 |
| 12. Other. Specify: BK PLAN OBJECTION | 01/30/2020 | (12) | $ 550.00 |
| 13. Other. Specify:_____ | _____ | (13) | $ _____ |
| 14. Other. Specify:_____ | _____ | (14) | $ _____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

| Debtor 1 | Leana I. Adorno | | Case number *(if known)* 19-26674-RAM |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Maya Rubinov, Esq.
Signature

Date  03/18/2020

Print:  Maya Rubinov
First Name   Middle Name   Last Name

Title  Counsel for Creditor

Company  Van Ness Law Firm, PLC

Address  1239 E. Newport Center Drive, Suite 110
Number   Street
Deerfield Beach      FL      33442
City          State    ZIP Code

Contact phone  954-571-2031

Email  bankruptcy@vanlawfl.com

---

I CERTIFY that a true and correct copy of the Notice of Postpetition Mortgage Fees, Expenses, and Charges was served electronically to all registered users that have appeared in this matter and by U.S. Mail to the non-registered users or users below on March 18, 2020.

Leana I. Adorno
4601 NW 178th Street
Opa Locka, FL 33055
aka Leana Idza Adorno
aka Leana Idza Adorno Martinez